

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00108-CR

Isaac Nathaniel **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2038
Honorable Laura Parker, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the juvenile court's order is AFFIRMED.

SIGNED September 16, 2015.

_____
Patricia O. Alvarez, Justice